Terry Donnell WATSON

v.

STATE

CR-12-2017

Court of Criminal Appeals of Alabama.

03/02/2015

Dismissed

STATE

v.

George MARTIN

CR-12-2099

Court of Criminal Appeals of Alabama.

01/23/2015

Reh. denied

Kindall RILEY

v.

STATE

CR-12-2030

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

Danny L. SMITH

v.

STATE

CR-13-0006

Court of Criminal Appeals of Alabama.

01/12/2015

Reversed and remanded